## SOUTHERN RAILWAY COMPANY v. PURYEAR.

LUMPKIN, J.  1. Whether or not a train slackened speed at a given point where stock was injured, and, if so, to what extent, being in conflict, evidence that it was behind time was admissible to show that there was a reason or motive for not stopping, or for making rapid speed. *Killian* v. *Georgia R. Co.,* 97 *Ga.* 727.

2. There being some conflict in the evidence on material points, and enough evidence to authorize the verdict, there was no error in refusing to grant a new trial, although the evidence of the agents on defendant's engine which killed the plaintiff's mules, if taken alone, may have made out a complete defense.  *Judgment affirmed. All the Justices concur.*

Submitted July 18, — Decided December 12, 1906.

Action for damages. Before Judge Fite. Whitfield superior court. November 17, 1905.

*Shumate & Maddox,* for plaintiff in error.

*George G. Glenn* and *M. C. Tarver,* contra.